## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WILLIE COOPER                                                                            PLAINTIFF

v.                                       No. 4:09CV00316 JLH

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY            DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the joint motion to dismiss, the complaint and counterclaim are hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2009.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE